# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MIDAS LITTLE ROCK, LLC**                                                                                    **PLAINTIFF**

v.                                         Case No. 4:22-cv-00485- KGB

**WILIMINGTON TRUST, NATIONAL
ASSOCIATION,** *as trustee for the benefit of registered
holders of JPMBB Commercial Mortgage Securities Trust
2014-C25, Commercial Mortgage Pass-Through Certificates,
Series 2014-C25*, **and RIALTO CAPITAL ADVISORS, LLC**                          **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 4). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 4). The action is dismissed with prejudice, and each party will bear its own costs.

It is so ordered this 9th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge